IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| In Re:<br><br>TOXIC EXPOSURE CASES (diesel fume exhaust and other alleged toxins) against UNION PACIFIC RAILROAD COMPANY,<br><br>                Defendant. | 7:18-CV-05011<br><br>**INITIAL PROGRESSION ORDER** |
|---|---|

IT IS ORDERED as the case listed above that the initial progression order is as follows:

1) A status conference to discuss case progression and potential settlement will be held with the undersigned magistrate judge on **May 21, 2019 at 10:00 a.m.** Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) Written discovery and depositions may begin at any time.

3) Plaintiffs' mandatory disclosures shall be served by April 1, 2019.

4) Defendant's mandatory disclosures shall be served by May 1, 2019.

Dated this 15th day of March, 2019.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge